UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2004M0459-RBC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL McELROY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ASSENTED TO MOTION TO CONTINUE DETENTION HEARING
AND EXCLUDE TIME**

COMES NOW DEFENDANT MICHAEL McELROY, by and through his attorney of record, and **assented to** by the Government, hereby respectfully moves this Honorable Court for an Order continuing the detention hearing in this matter until the afternoon of Wednesday, February 4, 2004 at 3:30 PM or such other date and time as the Court may set.

The parties also move to exclude time, under the Speedy Trial Act, 18 U.S.C. § 3161, until the date set by the Court for the hearing in the interest of justice.

Date: January 29, 2004         Respectfully submitted,

*Michael C. Bourbeau*

MICHAEL C. BOURBEAU, BBO # 545908
21 Union Street
Boston, MA 02108
(617) 722-9292

Attorney for Defendant
MICHAEL McELROY

Certificate of Service
I, MICHAEL C. BOURBEAU, hereby certify that I have caused to be served a copy of the within motion upon all counsel of record, this date by hand, fax, e-mail or mailing said motion by first class mail to each said person.
Dated:  January 29, 2004         *Michael C. Bourbeau*