AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

MICHAEL McELROY

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2004 M 0459 RBC

I, Michael McElroy, charged in a ☒ complaint ☐ petition pending in this District with conspiracy to ~~possession~~ with intent to distribute marijuana in violation of 21, U.S.C., 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

FEB 4 2004

Date

_____
Defendant

_____
Counsel for Defendant